**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
KENGIE PACHECO PALMA,

                       *Plaintiff,*

    -against-

MARTIN ARTOLA, MARTIN'S COFFEE CAFE INC, and GRISELDA ARTOLA A/K/A HICELA HUETE MERINO DE ARTOLA
                       *Defendants*
-------------------------------------------------------X

Civil Action No.: 24-cv-4415

**AFFIRMATION OF**
**Colin Mulholland, Esq.**

Colin Mulholland, Esq., an attorney duly admitted to practice in New York and in this court, declares on penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am the attorney for Plaintiff in this lawsuit for unpaid wages under the FLSA and New York Labor Law and regulations.

2. I submit this affirmation in support of the Plaintiff's application for certificates of default pursuant to F.R.C.P. 55(a) and Local Rule 55.1, against the Defendant MARTIN ARTOLA, for failure to respond to the complaint or otherwise appear in this action.

3. The complaint in this action was filed on June 21, 2024. **See** Docket No. 1.

4. A summons and copy of the Complaint were properly served on Defendant MARTIN ARTOLA on July 26, 2024 by substitute service on a person of suitable age and discretion at Defendant's place of work; and proof of such service on the said Defendant was filed on January 30, 2024 (Dkt. No. 6-2.

5. On information and belief, Defendants MARTIN ARTOLA is not an infant, nor in the military, nor an incompetent person.

6. Defendants' time to respond to the complaint has long expired.

7. Said Defendants have failed to appear, plead, or otherwise defend the action.

- 2 -

8.      Wherefore, Plaintiff respectfully requests that the Court enter a certificate of default against Defendant MARTIN ARTOLA.

9.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: Astoria, New York
October 21, 2024

*/s/ Colin Mulholland, Esq.*
Colin Mulholland, Esq.
36-36 33rd Street, Suite 308
Astoria, New York 11106
(347) 687-2019
*Attorney for Plaintiff*